IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA ELAINE UNTHANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 18-cv-1315-CJP[1] |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is the parties' Stipulation of Dismissal, signed by counsel for both parties. **(Doc. 22).**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

DATE: October 23, 2018.

s/ Clifford J. Proud
**CLIFFORD J. PROUD
UNITED STATES MAGISTRATE JUDGE**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 16.